# United States Court of Appeals for the Federal Circuit

______________________

**TONIA TIPPINS, DERRIK MAGNUSON, GEORGE HOLLOWAY, JENNIFER REHBERG, GLENDA SMITHLEETH, M. ALLEN BUMGARDNER, For THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

______________________

2022-1462

______________________

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00923-DAT, Judge David A. Tapp.

______________________

**JUDGMENT**

______________________

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 1, 2024
Date

Jarrett B. Perlow
Clerk of Court